# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2008

136451

VILLAGE OF NORTHPORT,
      Plaintiff-Appellee,

v

PATRICIA J. SCOTT and NANCY KALCHIK,
      Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136451
COA: 282474
Leelanau CC: 07-007609-CC

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2008

_____
Clerk

0923